| | |
|---|---|
| Probation Form No. 35 | Report and Order Terminating Probation / |
| (1/92) | Supervised Release |
| | Prior to Original Expiration Date |

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                 Docket No. 1:22 CR 0493 (ER)

Mario Finesse Wright

On July 13, 2022, the above-named individual was placed on Supervised Release for a period of Forty-Eight (48) Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Mario Finesse Wright be discharged from Supervised Release.

Respectfully submitted,

by *Brittany Valentine*
Brittany Valentine
Probation Services Technician

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  6th  day of  February , 20 24 .

Honorable Edgardo Ramos
U.S. District Judge